# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

FILED & ENTERED

FEB 13 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

In re:

James Arthur Pascucci
Christel Pascucci

                    Debtor(s).

Richard J Segal, Judith Segal

                    Plaintiff(s),
  v.

James Arthur Pascucci

                    Defendant(s).

Case No.:   1:11-bk-15189-GM

Adv No:   1:12-ap-01040-GM

Chapter 7

**ORDER TO ABSTAIN AND TO CLOSE ADVERSARY PROCEEDING**

Date: February 12, 2013
Time: 10;00 a.m.
Courtroom: 303

On February 12, 2013 there was an adversary status conference hearing regarding the above adversary proceeding.

For reasons in the Court's written tentative ruling, which will be made a part of the adversary case docket, the above Court hereby abstains from this adversary proceeding and it is to be closed.

###

Date: February 13, 2013

                    _____
                    Geraldine Mund
                    United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): __ **ORDER TO ABSTAIN AND TO CLOSE ADVERSARY PROCEEDING**
_____
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*)_____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Robert D. Bass rbass@greenbass.com
James Stang jstang@pszjlaw.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Richard Segal
P.O. Bos 7193
Porter Ranch, CA 91327

Steven Speier
P.O. Box 7637
Newport Beach, CA 92658

James Pascucci
5933 Annie Oakley Road
Hidden Hills, CA 91302

David Gottlieb – Chapter 7 Trustee
15233 Ventura Blvd. 9th Floor
Sherman Oaks, CA 91403-2201

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9021-1.1.NOTICE.ENTERED.ORDER**

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9021-1.1.NOTICE.ENTERED.ORDER**